*James A. Killen*, senior assistant state's attorney, in opposition.

Decided December 11, 2008

STATE OF CONNECTICUT *v.* RYSHON WELLS

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 84 (AC 28534), is denied.

*H. Owen Chace*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided December 11, 2008

EMISAEL VASQUEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Emisael Vasquez' petition for certification for appeal from the Appellate Court, 111 Conn. App. 282 (AC 28556), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided December 11, 2008